# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APERTURE NET LLC,<br><br>    Plaintiff and Counter Defendant,<br><br>v.<br><br>FRANKLIN WIRELESS CORP.,<br><br>    Defendant and Counter Claimant. | Case No.: 22-CV-1885 TWR (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF Nos. 9, 11) |

   Presently before the Court are the Parties' Stipulations of Dismissal. (*See* ECF Nos. 9, 11.) The Parties initially filed their Stipulation as a Joint Motion to Dismiss, (*see* ECF No. 9), and then as a Notice of Voluntary Dismissal, (*see* ECF No. 11), but the contents of the two filings are nearly identical. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the Joint Motion to Dismiss. (ECF No. 9.) As requested by the Parties, Plaintiff Aperture Net LLC's claims and Defendant Franklin Wireless Corp.'s counterclaims are dismissed in their entirety **WITH PREJUDICE**. Each Party shall bear their own costs and fees. The Clerk of Court shall close the case.

   **IT IS SO ORDERED.**

Dated: April 3, 2023

_____
Honorable Todd W. Robinson
United States District Judge